43383. HAYGOOD et al. v. CITY OF DORAVILLE et al.
(350 SE2d 766)

CLARKE, Presiding Justice.

The facts in this case indicate that appellants have suffered a serious deprivation which is not counterbalanced by significant public benefit from the present zoning. The deprivation here meets the standards set out in *Gradous v. Bd. of Commrs. of Richmond County*, 256 Ga. 469 (349 SE2d 707) (1986) and *City of Roswell v. Heavy Machines Co.*, 256 Ga. 472 (349 SE2d 743) (1986), and equals that suffered by the plaintiffs in *DeKalb County v. Albritton Properties*, 256

Ga. 103 (344 SE2d 653) (1986). Because the land of the appellants was rendered practically worthless by the present zoning, the finding of the trial court was clearly erroneous and should be reversed. *City of Roswell v. Heavy Machines Co.*, supra.

We extend the September term relative to this case to enable the appellees to file a motion for reconsideration. OCGA § 15-2-4.

*Judgment reversed. All the Justices concur, except Gregory, Bell and Hunt, JJ., who dissent.*

DECIDED DECEMBER 17, 1986 —
RECONSIDERATION DENIED JANUARY 7, 1987.

*Zachary & Segraves, Kenneth W. Carpenter,* for appellants.
*Edward E. Carter, James C. Watkins,* for appellees.